UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-22395-CMA

ERIC COLLIN,

    *Plaintiff*,

vs.

NCL (BAHAMAS) LTD, d/b/a
NORWEGIAN CRUISE LINE

    *Defendant*.
_____/

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that attorney, Raul G. Delgado II, Esq., is no longer affiliated with the law firm that represents the Plaintiff in this matter. As such, he hereby withdraws as attorney of record in the above-captioned cause.

Dated:    July 7th, 2022
             Miami, Florida

                                  Respectfully Submitted,

                      BY: _____

                                  RAUL G. DELGADO II, ESQ.
                                  Florida Bar No. 094004
                                  raul@cruiselawyermiami.com
                                  filing@cruiselawyermiami.com
                                  DELGADO TRIAL ATTORNEYS
                                  10631 N. Kendall Drive, Suite 130
                                  Miami, FL 33176
                                  Ph:          (305) 596-7911
                                  Fax:         (877) 372-0817
                                  Toll Free:   1(877) 372-0817