UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-22395-CIV-ALTONAGA/GOODMAN

ERIC COLLIN,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

### POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

On July 14, 2022, the Undersigned held a Zoom videoconference hearing on the parties' discovery dispute concerning the scheduling of Plaintiff's deposition and the Rule 30(b)(6) deposition of Defendant's corporate representative. [ECF Nos. 49-50; 53]. At the hearing, the Undersigned **ordered** as follows:

Plaintiff's deposition will take place on **Sunday, July 17, 2022**.

By **Monday, July 18, 2022**, Plaintiff shall provide Defendant with a list of topics for the Rule 30(b)(6) deposition, if he has not done so already. The deposition of

Defendant's Rule 30(b)(6) witness will take place on **Sunday, July 24, 2022**.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on July 14, 2022.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Cecilia M. Altonaga
All counsel of record